Statement of Facts

On May 10, 2018, the MPD/FBI Child Exploitation Task Force conducted an online proactive investigation on social media. While searching for known coded terms for pimping and prostitution, Instagram account "supreme_p16" was discovered. Instagram account "supreme_p16" contained pictures, videos, and comments that were consistent with the account owner being a pimp and running a prostitution business. Instagram account "supreme_16" clearly indicates that a portion of the prostitution business is conducted in the District of Columbia.

Through the course of the investigation law enforcement learned that from Instagram that the verified phone number for account "supreme_p16" is (XXX) XXX-XXXX. Using various law enforcement databases, the phone number was found to be associated with TERRELL ARMSTEAD (herein "the DEFENDANT"), with a date of birth of XX/XX/XXXX. Maryland Department of Motor Vehicle records had a picture of the DEFENDANT and it matched the person claiming to be the owner of Instagram account supreme_p16.

Maryland Department of Motor Vehicle had a listed registered vehicle for the DEFENDANT of a GMC Yukon, bearing Maryland tags 9DB9289. On July 5, 2018, at approximately 0218 hours, this vehicle was seen by the License Plate Reader System driving northbound on 12th Street, Northwest, Washington, D.C., at the intersection with Constitution Avenue, Northwest, Washington, D.C.

Instagram account "supreme_p16" posted a video on July 5, 2018, at approximately 0330 hours, in which DEFENDANT was talking about being in downtown D.C. and that is was "choosing season." The term "choosing season" is known to law enforcement as being a term for prostitutes choosing a new pimp. Another video was posted on July 5, 2018, at approximately 0830 hours, in which DEFENDANT was sitting in his vehicle and displaying large amounts of U.S. currency. As the DEFENDANT was displaying his money, he stated, "Aint nothing except

some pimping going on, you know what I'm saying. Choose up is you want to move up, bitch. Take a chance if you want to advance."

The area of 11th Street to 12th Street, between K Street and N Street, Northwest, Washington, D.C. is known to law enforcement as being a high prostitution area. The License Plater Reader at 12th Street, Northwest, Washington, D.C., at the intersection with Constitution Avenue, Northwest, Washington, D.C., is in close proximity to this known prostitution area.

The term "p16", which is contained in the Instagram account "supreme_p16", is known to law enforcement as someone making it known that they are a pimp. Other terms located within Instagram account supreme_p16 include "#rpgo" (real pimping going on) and "#rhgo" (real hoeing going on). Posted within the account are pictures of females in hotels and displays of large amounts of U.S Currency.

One of the females, who appeared to be working for the DEFENDANT, had an Instagram account of "_russian_supreme" and was later identified as WITNESS 1. WITNESS 1 had posted that she was a part of the "supreme_team", a "304" (known to law enforcement as code for being a prostitute), and currently under instructions. The pictures WITNESS 1 had on her Instagram account matched the same person who is with the DEFENDANT in pictures posted on Instagram account "supreme_p16."

A search warrant was issued for Instagram account "supreme_p16" and a review of the return revealed that DEFENDANT had a consistent pattern of direct messaging women and attempting to recruit them into his prostitution business.  On one such occasion in June 2018, the DEFENDANT began a direct message with Instagram account "nikita.216," who is WITNESS 1. WITNESS 1 stated that she is from Cleveland, Ohio and told the DEFENDANT that she was involved in commercial sex and currently had a pimp who did not buy her food or house supplies. The DEFENDANT explains to WITNESS 1 that he can be her pimp, take care of her,

and how they can make a lot of money together. The DEFENDANT stated that he knows where the upscale clientele is and the exclusive clubs. The DEFENDANT says he gets "real money" and tells WITNESS 1 he can give the both them financial security for the rest of their life by working "the Supreme way."

The DEFENDANT told WITNESS 1 to "come to dc and be all u can be Lil mama." On June 19, 2018 WITNESS 1 agreed to travel from Cleveland, Ohio to meet and work for the DEFENDANT in the commercial sex trade. WITNESS 1 said she just needed to make some money to fill her car up with gas, so that she can make the trip. The conversation continues via text message and the DEFENDANT continues to ask WITNESS 1 to come and work for him in the commercial sex trade. On June 23, 2018, WITNESS 1 leaves Cleveland, Ohio and drives to the DEFENDANT's home in Baltimore, Maryland.

On June 27, 2018, the DEFENDANT posts a picture on his Instagram account of himself with WITNESS 1. The both of them are with another adult female, SADIE BACA (herein "BACA."), with a date of birth of XX/XX/XXXX, who had been known to be working for the DEFENDANT in his commercial sex business from previous police investigations. The DEFENDANT had the comment "I put pressure on my bitches .. if they don't fold .. they turn into diamonds" posted along with the picture. The DEFENDANT posted many other pictures and videos of BACA, WITNESS 1, and other women in provocative clothing or various stages of undress.

On July 23, 2018, DEFENDANT posted a picture of himself holding a semi-automatic firearm, with a posting location of Southeast, Washington, D.C. There were several other pictures posted by the DEFENDANT in which he, other males, WITNESS 1, and BACA are holding firearms.

The DEFENDANT posted multiple videos and pictures on his Instagram account, that were advertising his commercial sex business and attempting to recruit others to join. One such video was posted on June 21, 2018, had the caption "Who wants to join TeamSupreme", while displaying a large amount of U.S. Currency on a bed. There were two different answers to the question to select: "Lets get this money" and "I like being broke."

WITNESS 1 was interviewed and reported that she came from Cleveland, Ohio to engage in commercial sex acts for the DEFENDANT. WITNESS 1 said she was with a pimp in Cleveland, Ohio, where she was unhappy, miserable, and worried about her safety. The DEFENDANT contacted her on Instagram and offered her a better life to come work for him. WITNESS 1 said she need to get out of there, so she agreed to drive to Maryland and work with the DEFENDANT. WITNESS 1 said she was "one of his girls" and that there was another girl who worked for him as well named Sophia aka BACA. WITNESS 1 stated she would work in strip clubs in Washington, D.C., Baltimore, Maryland, and New York, New York and then arrange the commercial sex dates with customers inside. WITNESS 1 reported she had to give all of her money to the DEFENDANT and that he had a daily quota for her of $1000. WITNESS 1 met her current boyfriend at the club, whom she told that she had a pimp and was miserable. The boyfriend agreed to help take care of her and let her stay at his house, if she decided to leave the DEFENDANT, which she did on September 10, 2018.

WITNESS 1 stated that she packed up all of her stuff and tried to leave in the middle of the night. The DEFENDANT was mad at her wanting to leave but was not aggressive toward her. The DEFENDANT let her leave and WITNESS 1 drove in her own vehicle to her boyfriend's house. WITNESS 1 reported that she has not had any contact with the DEFENDANT or BACA since that night.

WITNESS 1 advised that the DEFENDANT was really strict and she had to do everything he told her to do. WITNESS 1 said she felt in fear that if she did not make her quota or if she ever tried to leave the DEFENDANT she would be harmed. WITNESS 1 stated that the DEFENDANT never physically assaulted or threatened her but always made her "feel like shit." WITNESS 1 reported that the DEFENDANT had taken her social security card, identification card, and vehicle keys and would not allow her to go anywhere alone. The DEFENDANT also bought her a phone and was able to track her and BACA by GPS all the time. WITNESS 1 reported that BACA had mentioned being physically assaulted by the DEFENDANT before and she had seen the DEFENDANT choke, smack, and throw BACA. WITNESS 1 reported that the DEFENDANT was involved in other criminal activity, such as drug dealing, and also had firearms. WITNESS 1 stated that the DEFENDANT's associates also had guns and appeared to be involved in dangerous criminal activity. WITNESS 1 felt that that environment made her feel very unsafe and that was always at risk of being arrested or hurt. WITNESS 1 reported that the DEFENDANT told her multiple times that he had shot someone or maybe even murdered someone. WITNESS 1 had never seen the DEFENDANT shoot anyone but did hear him talking about shooting people with his associates. WITNESS 1 said she has even had to transport guns and conduct a few drugs deal for him.

WITNESS 1 stated the DEFEDNANT would talk about "the blade," aka the commercial sex track, in Washington, D.C and having girls work there for him. WITNESS 1 said she never worked for him on the blade but BACA had in the past. WITNESS 1 said that the DEFENDANT would threaten that if she didn't make enough money, that he would make her work the blade. BACA had reported that she has had people pull knives and guns on her and rape her, while working on the blade. WITNESS 1 said that BACA has been with the DEFENDANT for 5 years and that she began engaging in commercial sex acts for the DEFENDANT when she was 16

years old. BACA has told WITNESS 1 that she has wanted to leave the DEFENDANT but has never been able to make it happen.

WITNESS 1 said that she and BACA were first working out of the clubs in Baltimore, Maryland but BACA managed to get them kicked out every one of them. The DEFENDANT then made them drive to Washington, D.C. every day to work, one of the clubs being Good Guys, 2133 Wisconsin Avenue, Northwest, Washington, D.C. WITNESS 1 talked about how it would take an hour each way to drive there and then the DEFENDANT would be mad if they didn't make enough money. WITNESS 1 said she had to work every single day and sometimes would have to work double shifts. WITNESS 1 never felt she had a day off and even complained to him about being too tired and sick. WITNESS 1 advised that she would arrange the commercial sex acts with the clients at the club and then they would go to a hotel for the sex act. WITNESS 1 stated she would never except anything less than $500, but would always try to find ways to get more money.

During the course of WITNESS 1 being with the DEFENDANT, they exchanged hundreds of text messages between each other. Some of the text messages discuss working at various clubs, having sex with clients, and making money. In one such conversation, WITNESS 1 told the DEFENDANT, "He fucked me then denyed he did…he's mad because he came in 2sec." The DEFENDANT replied, "You got the money right." Other conversations include WITNESS 1 telling the DEFENDANT, "Feels like a good night wish I didn't owe the club money." WITNESS 1 later stated, "I made 608 today," to which the DEFENDANT replied, "Good girl .. I see u progressing." On another day, WITNESS 1 said, "I only made 200 so far," and the DEFENDANT replied, "It's only 9 I got faith that you'll get 800 more at least."

On August 3, 2018, WITNESS 1 begins to tell the DEFENDANT she is getting sick from working so hard. WITNESS 1 stated, "We literally been working every single day of the week,

my body is tired my mind is tired, my back literally hurts so bad I started taking pain killers and I don't take them, my knees are swollen and I can't feel some of my toes, I'm literally putting so much work into dancing that I'm forgetting to take care of myself... like physically I'm in a lot of pain but I don't tell you because I don't won't to bother you with my problems." The DEFENDANT replied, "U took off all last week and we just got that couch .. I know u think about ya self but I wish u thought about me too." The DEFENDANT continues by stating, "5 days on 5 days off isn't a lot of work honestly and u been partying harder then normally it's not just dancing  whether yu willing to let me know or not." WITNESS 1 reiterates to the DEFENDANT how sick she is and "may need to see a doctor today, I can't stop puking... I puked up blood...I drank some tea and puked that up too." The DEFENDANT then tells WITNESS 1 to go to hospital.

    BACA was subpoenaed to appear before the grand jury and participated in a preconference interview on March 14, 2019. BACA reported she has known ARMSTEAD for approximately four or five years and was introduced to him by her then boyfriend at WITNESS 2's mother's residence in the Ranch Club in Lusby, Maryland. BACA was in high school at the time she met ARMSTEAD. BACA indicated at the time she met ARMSTEAD he did not take her "seriously" because she was young. After BACA and her boyfriend's relationship ended BACA, ARMSTEAD, and WITNESS 2 began "hanging out" together. After BACA got older ARMSTEAD began including BACA more in his life. At first BACA and ARMSTEAD would "chill" and "smoke". Eventually, BACA was introduced to the club atmosphere and began to "go along with whatever" (this is what ARMSTEAD said). BACA described coming to work for ARMSTEAD as something which happened gradually. BACA advised she was approximately 18 or 19 years of age when she began working as an escort for ARMSTEAD. BACA also indicated she did not recall working for ARMSTEAD as an escort while she was a minor, but it

could be a possibility since she does not recall much of the activity which occurred during this time period because she was utilizing narcotics heavily.

According to BACA, ARMSTEAD became involved in prostitution after WITNESS 2 asked him to help her with her commercial sex activity. At first BACA did not want to work as an escort, but after a "long time" she decided to work as an escort because of the amount of money she observed WITNESS 2 earning. BACA utilized the name "Mercedes" in her escort ads on Backpage. BACA was unsure if ARMSTEAD advertised her on other sites other than Backpage. BACA arranged her dates with clients. After the client paid her BACA would advise the client to wash his hands. While the client washed his hands BACA would hide the money in her room. BACA would then turn the money over to ARMSTEAD. BACA was unsure of the identity of many of the other girls who worked as escorts for ARMSTEAD because they would stay no longer than one month. BACA was unsure how ARMSTEAD met these girls, but advised ARMSTEAD communicated with them via Instagram.

BACA viewed ARMSTEAD as her boyfriend, therefore BACA and ARMSTEAD had "ups and downs" in regards to the other girls ARMSTEAD brought around BACA. BACA advised many of the girls ARMSTEAD brought around her were stuck in poor situations, did not know what to do, and needed a better opportunity. BACA felt these girls should have an opportunity to earn money, move on with their lives, and should not have to be in situations wherein they were miserable. BACA identified WITNESS 1 as also working as an escort for ARMSTEAD.

BACA and ARMSTEAD were involved in a human trafficking case in Montgomery County, Maryland during 2017. During the investigation BACA was charged with prostitution and ARMSTEAD was charged with human trafficking. BACA advised after her arrest in Montgomery County that she no longer wanted to post escort ads on Backpage, therefore BACA

and ARMSTEAD decided dancing would be a better option for BACA to earn money. BACA further advised that prior to her arrest in Montgomery County she no longer wanted to obtain clients from Backpage. BACA continued posting escort ads on Backpage because she "was not in a good place to stop". BACA was asked if she continued to post escort ads on Backpage because ARMSTEAD asked her to do so and BACA replied "no".

According to BACA, BACA began dancing when she was approximately 18 years of age. BACA first danced at The Goddess in Baltimore, Maryland. ARMSTEAD taught BACA how to be a good dancer and how to avoid confrontations with the other girls at the club. The Goddess was not a good atmosphere for BACA because the other girls working at the club were aggressive towards her. ARMSTEAD did not know the other girls working at the club.

BACA has danced in the District of Columbia, Maryland, Florida, and New York. WITNESS 1 danced at several clubs with BACA. WITNESS 1 and BACA drove to North Carolina and New York in order to dance. WITNESS 1 danced at a club in New York that has since been closed and BACA danced at Sapphire and Vivid. BACA and WITNESS 1 also danced together in Maryland at The Millstream and Scores and in the District of Columbia at Good Guys. WITNESS 1 only worked at the clubs and was never posted on Backpage while working for ARMSTEAD.

At first BACA indicated she only "hung out" with men she met at the clubs. Later in the interview BACA advised she obtained clients from the clubs. The clients would take BACA to hotels. The hotel rooms were obtained by the client. BACA would see these clients after she was done working at the club or on days when she was not working at the clubs. BACA would spend approximately no more than an hour with these clients. BACA would charge clients she met at the club between $700 and $1000 for sex acts and between $300 and $400 for nonsexual acts. If a client asked for nonsexual acts BACA informed the client if he decided later he wanted sex

acts the rate would be higher. On an average night at the club BACA would earn approximately $700, on a good night at the club BACA would earn approximately $1000, and on a slow night at the club BACA would earn between approximately $200 and $500. If BACA obtained clients from the club she would earn between approximately $1200 and $3000 total for the night.

BACA described her and WITNESS 1's relationship as close. WITNESS 1 drove to the DC area and stayed at BACA and ARMSTEAD'S residence. WITNESS 1 came to BACA and ARMSTEAD'S residence because the girls where she was previously staying were mean. BACA was unsure when she met WITNESS 1, but advised it was after her arrest in Montgomery County and may have been in approximately late 2018. BACA returned home during a portion of the time WITNESS 1 stayed at ARMSTEAD'S residence. WITNESS 1 only stayed at the residence for several months before leaving. ARMSTEAD asked WITNESS 1 why she was leaving and WITNESS 1 responded "Is it fair for me to not want this forever". BACA advised ARMSTEAD was not angry WITNESS 1 was leaving. BACA attempted to get in contact with WITNESS 1 via Instagram, however BACA was unsuccessful and has not communicated with WITNESS 1 since she left.

BACA also obtained clients on the blade in the District of Columbia. BACA described the area the blade was in as having a church, a park, and four statues. BACA went to the blade on approximately two or three separate occasions. ARMSTEAD went with BACA to the blade. BACA advised ARMSTEAD did not force her to go to the blade and she and ARMSTEAD would mutually agree to go to the blade. BACA further advised ARMSTEAD does not force anybody to do anything they are not comfortable doing. BACA charged clients she obtained on the blade a minimum of $100. On average, BACA would obtain three or four clients and would earn approximately $400 while on the blade. The majority of BACA'S dates took place in a vehicle while on the blade.

While BACA was on the blade ARMSTEAD would be "somewhere nearby". ARMSTEAD would socialize with other individuals he knew near the blade. At other times when BACA was seeing clients ARMSTEAD would be home, with his children, or "wherever he was in the world". BACA was able to drive herself to meet with clients because she had a vehicle. After earning money from dancing and escorting BACA or ARMSTEAD would put the money BACA made in a safe at their residence. Occasionally, they would spend the money instead of putting it in the safe. BACA advised that both she and ARMSTEAD had money together and there was never a point where neither of them did not have money. The money BACA earned was utilized for standard things, such as to go shopping for herself and ARMSTEAD, go to the movies, and to take ARMSTEAD's children places. According to BACA, ARMSTEAD also earned money from working at his father's car shop and from working with a professional boxer.

Occasionally BACA and ARMSTEAD would argue about the amount of money BACA was earning, therefore BACA would have to consider other options in order to earn more money. When asked if ARMSTEAD required BACA to earn a certain amount of money BACA stated, "If I already had an idea then like of what I was gonna get then normally it doesn't get renegotiated like if I had already established it and let him know like hey I made this much I mean he wouldn't expect a certain amount but if I told him then he would be aware that that's how much we've increased in profit you know what I mean". According to BACA, any physical altercations ARMSTEAD and BACA got into were started by BACA. BACA would sometimes push ARMSTEAD and pull his hair ARMSTEAD never punched or struck BACA. BACA and ARMSTEAD fought about "everyday" life.

BACA advised ARMSTEAD "spends money faster than anyone in the world". ARMSTEAD bought BACA a Gucci bag and two Fendi bags, various Supreme items, including

a blow up blimp and a backpack. BACA advised these were all expensive items. BACA and ARMSTEAD also had a car, a Mastiff dog, which was expensive to maintain, and their residence. The money also went to ARMSTEAD'S children. ARMSTEAD also gave money to his sister, who utilized the money to buy a car.

Prior to and when BACA was subpoenaed to appear before the grand jury, ARMSTEAD was incarcerated for his human trafficking charges on Montgomery County, Maryland, and for a felon in possession of a firearm indictment in the District of Columbia. During the time of ARMSTEAD's incarceration, he called BACA on numerous occasions. When BACA was initially subpoenaed to appear before the grand jury, she told ARMSTEAD. During the phone calls after being subpoenaed, ARMSTEAD continued to ask BACA about why she had been subpoenaed and what she had told the prosecutors. ARMSTEAD wanted to be constantly updated on the status of BACA's court dates and the information she was providing or was being asked of her to provide. On March 24, 2019, during a jail phone call, BACA is talking about how he has to meet with the prosecutor tomorrow. ARMSTEAD tells BACA, "Let them people know that I am not with no prostitution. I never took nobody nowhere for no prostitution or nothing like that. That I'm just your boyfriend."

Per her subpoena, on March 25, 2019, BACA came back to the United States Attorney's Office, and again voluntarily participated in pre-grand jury interview session. During this interview, Ms. BACA advised that she did not wish to adopt her previous interview statement from March 12, 2019, when she appeared before the grand jury. According to BACA, at the time she provided the statement she was stressed and was experiencing anxiety as a result of the interview. She indicted that prior to meeting ARMSTEAD, WITNESS 2 was "getting money" and BACA and WITNESS 2 were having sex with men in order to obtain cocaine. BACA was approximately 16 or 17 years of age during this time period. BACA dropped out of school in

approximately the 11th grade. BACA dropped out of school prior to meeting ARMSTEAD, however ARMSTEAD later encouraged BACA to get her GED. BACA took GED courses while on house arrest at her mother's residence. BACA described ARMSTEAD as a positive influence in her life when everyone else was a negative influence. BACA stated ARMSTEAD drove her to dates and knew BACA was an escort, however he did not want BACA to continue escorting. ARMSTEAD dropped her off at the commercial sex track in the District of Columbia, but ARMSTEAD thought BACA was going to meet her friends and was unaware she was escorting. BACA advised that the case in Montgomery County, Maryland where ARMSTEAD was arrested for human trafficking only occurred because ARMSTEAD was driving BACA to a client. BACA advised that she gave ARMSTEAD some of the money she earned from escorting because she wanted to, not because ARMSTEAD forced her to give him the money. BACA advised she put the money she earned in a safe at ARMSTEAD'S residence because she lived there as well and the money helped to pay their expenses. BACA advised she is not a victim and her activities did not involve anyone other than herself and her clients. BACA was advised the information she provided was inconsistent her prior statement and with the electronic and physical evidence. BACA advised the information she provided was how she felt.

From May 2018 to September 2018, ARMSTEAD and BACA exchanged over a thousand text messages discussing: 1) arranging commercial sex act, 2) receiving money, 3) ARMSTEAD being a pimp and BACA working in the commercial sex trade for the benefit of him and his team. Below is a portion of those conversations:

ARMSTEAD: Go get a trap

BACA:   I been trying everyday

BACA:   I'm just not trying to risk my health

ARMSTEAD: I feel like maybe u right .. maybe I raised your self esteem to high .. I had a choice if I was going to build u up like a star or keep u on a low life level ps u see what happen to <WITNESS 2> and y'all started together .. I thought even if I built u all the way up u would still want to ho up for me .. actually I thought it would make u want to go harder for me since I did so much for you and how u feel about u .. I showed u your worth but now u feel like your worth more then me so u have limits to what you will do for me but I'm not feeling it

ARMSTEAD: You only feel like your on this high mighty horse because your my bitch .. when your not with me your comfortable being the lowest of the low

ARMSTEAD: And it's cool to feel good about yourself hell im the one taught u too but don't forget where we came from

BACA: If the hoes you have are kissin people and your dick your gonna end up burnt I don't want to be permanently burnt

ARMSTEAD: And if u wasn't my bitch it wouldn't take u long to be back comfortable being a regular whore

BACA: I would NEVER

BACA: I wouldn't even hoe at all if there was no you

ARMSTEAD: Ok

ARMSTEAD: It took u a week to be a meth addict last time

BACA: I know what I did... it was a learning experience I'm gonna go mingle...

BACA: I wouldn't let myself get sucked into a fucked up life

ARMSTEAD: Don't get to fly to not want to get money

BACA: Because what you taught me

BACA: Idk what I need

BACA: But I can't let go of my pride for a few dollars to add up

ARMSTEAD: Don't forget where u came from

ARMSTEAD: I taught u that ya value was high because it is .. but I also taught u we got to do what we got to do .. u should have enough game to get money .. u used to fuck 10-20 people a day for me and fuck endless people for free before me.. now all of a sudden u can't let someone kiss ya body wtf .. u got at least 000 bodies why u acting like a virgin .. your a slut just like the rest of them bitches don't forget .. go hard for daddy like daddy always been going hard for u ..

ARMSTEAD: Most of them bitches u think are more comfortable than u wouldn't have lasted after all the hoing u did .. I guarantee u one of the realest hoes in there .. I laced u right and u survived the test of time that's why I want to win with u

ARMSTEAD: By u saying u not a real ho make me feel like I wasted all this real pimpin

ARMSTEAD: U did so much to prove u a real ho that u couldn't ever turn back .. the game owe u and daddy own u

ARMSTEAD: I built my name mainly on how well I pimped on u .. and u see how my name is buzzing now .. u also see how are lifestyle is lit now .. all this is off of The work me and u put in on our rise to the top .. I need u to be locked in with me and focused so we can secure our financial future and live happily ever after.. don't u want happily ever after???

BACA:       Not like that daddy

ARMSTEAD: I feel like u saying I'm not a real P

BACA:       What I know you that's why I started this coco as I did

BACA:       Conversation

ARMSTEAD: ?

BACA:       That's why I said I thought I was holding you back

ARMSTEAD: I literally put so much work into making u who u are ..

ARMSTEAD: How are u still at this point in your hoing ???

ARMSTEAD: U should never question if your holding me back

ARMSTEAD: You supposed to make sure u uplift me and help me accomplish my goals

BACA: I want to safely

BACA: I can't do things I can't do

ARMSTEAD: I changed you completely if it wasn't for me who knows where u would be .. don't u appreciate it?

BACA: 100%

BACA: Absolutely

BACA: No question

ARMSTEAD: Then stay focused and in pocket.. we'll figure it out like every other obstacle that we faced in these last 4 years.. we a real family don't forget.. and family sticks together 😊🎯💯

BACA: But I think that you want something I wasn't meant to be I got hurt a long time ago and never recovered you made me realize who Sadie-ann was supposed to be

BACA: I love what you've done for me I don't always love what you want me to do

BACA: I want to be this beautiful no whore individual

ARMSTEAD and BACA also had text messages about money being transferred to ARMSTEAD's Cash App account, $dmvsupreme, for the sex acts that BACA was performing with clients. One of those discussions is as follows:

BACA:Has we are about to head out now

ARMSTEAD:Ok that's what I like to hear

ARMSTEAD:$dmvSupreme

BACA:Tell me when it's transferred

BACA:He sent it

ARMSTEAD:100

BACA: Tell me when I'm all good so I can start

ARMSTEAD: It's all good

ARMSTEAD: Try to break him for extra because it's coming straight out of his bank

BACA: Okay

Later in conversations, BACA is telling ARMSTEAD how WITNESS 1 is talking with people at the club about having a pimp and not being able to control her work. Below is portion of those conversations:

BACA: Russia <WITNESS 1> was out here spreading mine and her business was crying and telling the girls she wish she wasn't here and is tired of working so hard. I hope she's happy with all her vacation days

ARMSTEAD: I'm bout to say something to her cuz i don't got time for no50 ass bitch

ARMSTEAD: She be lying like shit she tryna make it seem like she just said she didn't want to be there cuz she was sick

ARMSTEAD: What part of y'all business was she spreading??

BACA: about both of us having a pimp and not being able to control how much we work

While ARMSTEAD was incarcerated in Mounty County Jail, he had multiple phone calls from jail with BACA. During one of those phone calls, ARMSTEAD is mad with BACA because she has only made $6000 to $7000 since he has been in jail. ARMSTEAD is questioning BACA about what she has been doing with money. ARMSTEAD tells BACA that she is not good at managing money. BACA replied, "Whatever. I don't care." ARMSTEAD then states, "What the fuck you mean you don't care? Who the fuck you talking to? Bitch stop playing

before I smack the shit out of you." ARMSTEAD continued later by saying, "I've collected money from you for 4 years and it's never been that low after 2 and a half months."

ARMSTEAD was arrested by the Manassas Police Department for gun and drug related charges in approximately June 2015. A call was made by ARMSTEAD from the Manassas City Correctional Facility on June 5, 2015 to an individual ARMSTEAD identified as "Mal" with phone number XXX-XXX-XXXX. During the call ARMSTEAD advised that BACA was supposed to have a court hearing that day. ARMSTEAD advised he wanted to know what the outcome of BACA's court hearing was because if BACA was not ordered to be incarcerated, BACA and Mal could link up and BACA was "good for 12 a night".[1] ARMSTEAD then requested Mal call BACA from ARMSTEAD's phone which was in the possession of Mal. BACA answers the phone and advises she is still on house arrest and was ordered to be incarcerated in approximately two weeks. ARMSTEAD advised BACA to write him letters while he is incarcerated. After the call with BACA ends, ARMSTEAD tells Mal "Damn they sending that bitch to jail too". ARMSTEAD also advised that at least he can look forward to receiving letters from BACA. ARMSTEAD and Mal then discuss how much it will cost for ARMSTEAD to obtain a lawyer.  In reference to raising the funds for a lawyer, ARMSTEAD later tells Mal he was trying to see what was "up with that lil bitch" and he "thought he had a cash cow waiting for [him]," referring to BACA. BACA was 16 years old at the time this call took place. ARMSTEAD and Mal had several other calls wherein commercial sex activity was discussed.

---

[1] In the commercial sex trade "12 a night" translates to being able to earn $1200 a night.

                                                       Respectfully submitted,

                                                       _____

                                                       Jeremiah Johnson
                                                       Detective
                                                       Metropolitan Police Department

Subscribed and sworn to before me
on this ___1st __ day of May, 2019.


_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE